ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
ISRRAEL SANTILLANES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-08-0087 OWW |
| Plaintiff, | ) |
| | ) STIPULATION FOR CONTINUANCE |
| | ) AND ORDER THEREON |
| vs. | ) |
| ISRRAEL SANTILLANES, | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the Defendants, ISRRAEL
SANTILLANES, by and through their respective attorneys-of-record, Anthony P.
Capozzi and Plaintiff, by and through Assistant United States Attorney, Karen Escobar,
that the Sentencing hearing now set for Monday, March 23, 2009, be continued to
Monday, April 6, 2009, at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance
shall be excluded on the following basis:

(1)     Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice
served by taking such action outweighs the best interest of the public and the
defendant in a speedy trial;

- 1 –

(2)   Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: March 18, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
ISRRAEL SANTILLANES

Dated:  March 18, 2009

/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Monday, March 23, 2009 is vacated and continued to Monday, April 6, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  March 19, 2009

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge